# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALTA MIRA SHOPPING CENTER, LLC, | |
| Plaintiff, | Case No. 2:13-cv-00053-GMN-PAL |
| vs. | **ORDER** |
| QUIKFREEZ, LLP, et al., | |
| Defendants. | |

Before the court is Plaintiff's Motion to Continue the Settlement Conference (Dkt. #38). The court has reviewed the motion and finds that it should be granted. As such,

**IT IS ORDERED** that:

1. The Motion to Continue the Settlement Conference is **GRANTED**, and the Settlement Conference currently scheduled for October 2, 2013, at 1:30 p.m. before the undersigned, is **VACATED** and **CONTINUED** to **December 5, 2013**, at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due September 25, 2013, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., November 28, 2013.**

3. All other instructions within the original Order Scheduling Settlement Conference (Dkt. #37) remain in effect.

Dated this 27th day of September, 2013.

_____
Peggy A. Leen
United States Magistrate Judge