gr

RICHARD G. HILL, ESQ.
State Bar No. 596
SOPHIE A. KARADANIS, ESQ.
State Bar No. 12006
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALTA MIRA SHOPPING CENTER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> QUIKFREEZ, LLP, a Nevada limited liability partnership; MICHAEL MARTORELLO, individually; LYNN MARTORELLO, individually; and MARGARET TURNEY, individually, <br><br> Defendants. | Case No.: 2:13-cv-00053-GMN-PAL |

### ORDER AND STIPULATION FOR DISMISSAL

Plaintiff ALTA MIRA SHOPPING CENTER, LLC, and defendant MARGARET TURNEY, by and through their counsel, stipulate and agree that this case should be and is hereby dismissed, with prejudice, pursuant to FRCP 41(A)(ii) with each party to bear their own fees and costs.

RESPECTFULLY SUBMITTED.

RICHARD G. HILL, LTD.

_____
SOPHIE A. KARADANIS, ESQ.
652 Forest Street
Reno, Nevada 89509
Attorney for Plaintiff

DATED: 8/11/15

///

LAW OFFICE OF ALDA A. ANDERSON, ESQ.

/s/ Alda Anderson
ALDA A. ANDERSON, ESQ.
2965 South Jones Boulevard, Suite E-3
Las Vegas, Nevada 89146
Attorney for Defendant Margaret Turney

DATED: 8/11/15

LAW OFFICE
RICHARD G. HILL
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

## ORDER

Upon the stipulation of counsel and other good cause appearing,

IT IS HEREBY ORDERED that this case should be, and hereby is, dismissed, with prejudice, pursuant to FRCP 41(A)(ii), with each party to bear their own fees and costs.

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATE: August 14, 2015